AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 2 2016

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Mario Antonio Carballo-Amaya**

AKA:  **Mario Carballo**

## CRIMINAL COMPLAINT

Case Number: M-16-*1639*-M

IAE    YOB:    1982
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 1, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Mario Antonio Carballo-Amaya was encountered by Border Patrol Agents near Edinburg, Texas on September 1, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 1, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 3, 2013, through Baton Rouge, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 22, 2012, the defendant was convicted of 8 USC 1324 Transporting Illegal Aliens and was sentenced to eight-teen (18) months confinement and twenty-four (24) months supervised released term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Francisco Armendariz    Senior Patrol Agent**

**September 02, 2016**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer